429 A.2d 762

Hess et ux., et al. v. Fosbrink et ux., Appellants.

Petition for Allowance of Appeal Denied April 10, 1981.

Argued November 11, 1980.   Simon B. John, for appellants; David B. Reiss, for appellees.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

429 A.2d 763

Jarosik et ux., et al. v. Rahal et ux.

Appeal of Fred L. Rahal.

Argued November 15, 1979.   Michael E. Dunlavey, for appellants; Robert N. Spaeder, for appellees.

Before PRICE, HESTER and CAVANAUGH, JJ.

The Final Decree dated May 21, 1979, is affirmed.

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.